1  BENJAMIN B. WAGNER
United States Attorney
2  KEVIN P. ROONEY
Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
Fresno, CA 93721
4  Telephone: (559) 497-4000
Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO. 1:13-MJ-00226 BAM

12                       Plaintiff,      MOTION TO DISMISS COMPLAINT
                                         (Fed.R.Crim.P. 48(a)); ORDER
13           v.

14  SERGIO BLANCARTE,

15                       Defendant.

16

17      The United States of America, by and through Benjamin B. Wagner, United States Attorney, and

18  Kevin P. Rooney, Assistant United States Attorney, hereby moves to dismiss the complaint as to

19  SERGIO BLANCARTE without prejudice to refilings and in the interest of justice.

20

21  Dated: April 21, 2015                     BENJAMIN B. WAGNER
                                              United States Attorney
22

23                                       By:  /s/ KEVIN P. ROONEY
                                              KEVIN P. ROONEY
24                                            Assistant United States Attorney

25

26

27

28

|    |    |
|----|----|
| 1  | BENJAMIN B. WAGNER<br>United States Attorney |
| 2  | KEVIN P. ROONEY<br>Assistant United States Attorney |
| 3  | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4  | Telephone: (559) 497-4000<br>Facsimile: (559) 497-4099 |
| 5  |    |
| 6  | Attorneys for Plaintiff<br>United States of America |
| 7  |    |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:13-MJ-00226 BAM |
|---|---|
| Plaintiff, | ORDER ON GOVERNMENT'S MOTION TO DISMISS COMPLAINT |
| v. |  |
| SERGIO BLANCARTE, |  |
| Defendant. |  |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED in the interest of justice that the Complaint against SERGIO BLANCARTE be dismissed without prejudice to refiling.

IT IS SO ORDERED.

Dated: __April 23, 2015__                    /s/ *Barbara A. McAuliffe*
                                             UNITED STATES MAGISTRATE JUDGE